Case 2:14-cv-02186-KJM-DB   Document 15   Filed 04/21/16   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN R. TURK, | No. 2:14-cv-2186 KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| ASHLEY PFILE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action seeking relief under 42 U.S.C. § 1983.

On March 7, 2016, plaintiff filed a motion to compel. According to the court's discovery and scheduling order, however, the parties were required to file all discovery motions on or before January 29, 2016. Plaintiff has not filed a motion to modify the court's scheduling order. See Johnson v. Mammoth Re-creations, 975 F.2d 604, 608 (9th Cir. 1992). Nor has plaintiff otherwise shown good to modify the scheduling order as required. See id.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. No. 11) is denied as untimely.

Dated: April 21, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turk2186.oot

1